UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff | : | |
| | : | CRIMINAL NO. 14-187 |
| vs. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| DARREN MALRY | : | |
| | : | |
| Defendant | : | |

## ORDER

The Probation Office shall file its Presentence Report by no later than **JANUARY 9, 2014.**

The Government shall file its Memorandum in Aid of Sentencing by no later than **JANUARY 16, 2015**; and it is further;

**ORDERED** the Defendant shall file its Memorandum in Aid of Sentencing by no later then **JANUARY 23, 2015**; and it is further;

**ORDERED** that the Defendant shall be Sentenced in Courtroom #28A on the Sixth Floor on **FEBRUARY 6, 2015 AT 10:30 A.M.**

IT IS DO ORDER,

Date: Nov. 9, 2014

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers
      Pretrial
      Probation
      Pleasant S. Brodnax, III
      Richard E. DiZinno, AUSA